AO 91 (Rev. 11/11) Criminal Complaint        SAUSA Sarah Finch (312) 353-5305

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

FRANCISCO JAVIER ACEVEDO-CALDERA

CASE NUMBER: 25 CR 420

FILED
7/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about July 17, 2025, at St. Charles, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a) | Forcibly assaulted a person designated in Title 18, United States Code, Section 1114, namely a federal employee, while engaged in the performance of his official duties and such acts involved physical contact with the victims. |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

Malgorzata Zeba (DPM w/ permission)
_____
MALGORZATA ZEBA
Senior Special Agent
Immigration & Customs Enforcement (ICE)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: July 25, 2025

*Judge's signature*

City and state: Chicago, Illinois        DANIEL P. MCLAUGHLIN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, MALGORZATA ZEBA, being duly sworn, state as follows:

1. I am a Senior Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed since approximately June 2003. My current responsibilities include the investigation of allegations of serious and criminal misconduct against ICE employees and contractors as well as threats, assaults, and doxing against ICE employees.

2. This affidavit is submitted in support of a criminal complaint alleging that Francisco Javier ACEVEDO-CALDERA has violated Title 18, United States Code, Section 111(a), by assaulting two federal employees. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ACEVEDO-CALDERA with forcible assault of two federal employees, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers, my review of video surveillance footage, my

review of other law enforcement documents and reports, and my training and experience.

## PROBABLE CAUSE

### A. Summary

4. On or about July 17, 2025, at approximately 1:05 p.m., ACEVEDO-CALDERA bonded out of Kane County custody. Victims A and B, Enforcement and Removal Officers (ERO) with U.S. Immigration & Customs Enforcement (ICE), approached ACEVEDO-CALDERA. Victim A identified himself as an Immigration Officer and advised ACEVEDO-CALDERA that he had a warrant for his arrest. ACEVEDO-CALDERA resisted arrest, kicked Victim A, headbutted Victim B, and bit a Kane County Sheriff. Video footage captured the incident.

### B. Assault of Victims A and B

5. Based on my review of relevant footage obtained from the Kane County Sheriff's Department, review of an incident report prepared by Victim A, and my conversations with other law enforcement personnel, I am aware of the following:

    a. On or about July 17, 2025, at approximately 1:05 p.m., Victims A and B were waiting inside the Kane County Sheriff's Department lobby in St. Charles, Illinois. Victims A and B observed a male fitting ACEVEDO-CALDERA's description in the lobby at the Kane County Sheriff's Department, approached ACEVEDO-CALDERA, and positively identified ACEVEDO-CALDERA via booking photos.

b. Victim A identified himself as an Immigration Officer and advised ACEVEDO-CALDERA that he had a warrant for his arrest.

c. ACEVEDO-CALDERA requested a phone call stating that his family was outside, and he did not want them to see him arrested. ACEVEDO-CALDERA was granted a phone call.

d. ACEVEDO-CALDERA then began shouting profanities at officers and began and walking away from the Immigration Officers. ACEVEDO-CALDERA threatened to knock out Victim A and clenched his left fist.

e. A Kane County Sheriff's officer approached ACEVEDO-CALDERA, took his phone and took ACEVEDO-CALDERA down to the ground. Victims A and B assisted and eventually placed ACEVEDO-CALDERA in handcuffs.

f. During the struggle, ACEVEDO-CALDERA bit a Kane County Sheriff's officer on the hand and injured Victim A's left shoulder, elbow, and arm.

g. After the handcuffs were placed on ACEVEDO-CALDERA, he continued to resist arrest and Victim A attempted to place leg irons on ACEVEDO-CALDERA. ACEVEDO-CALDERA kicked Victim A in the left knee.

h. Once the leg irons were secured on ACEVEDO-CALDERA, Victims A and B assisted ACEVEDO-CALDERA off the ground and escorted him to the exit doors of the Kane County Sheriff's Department.

i. Victim B opened the exit door for ACEVEDO-CALDERA who threw his head back, headbutting Victim B on his right eye causing a bruise to Victim

3

B's eye. The photograph below is a screenshot depicting ACEVEDO-CALDERA headbutting Victim B.



      j.      ACEVEDO-CALDERA was controlled and then placed into Victim A's vehicle and transferred for further processing.

## CONCLUSION

6. Based on the above information, I submit that there is probable cause to believe that on or about July 17, 2025, Francisco Javier ACEVEDO-CALDERA assaulted federal employees while those employees were engaged in the performance of their official duties. I therefore respectfully request that this Court issue a criminal complaint charging ACEVEDO-CALDERA with a violation of Title 18, United States Code, Section 111(a).

FURTHER AFFIANT SAYETH NOT.

Malgorzata Zeba (DPM w/ permission)
MALGORZATA ZEBA
Senior Special Agent
Immigration & Customs Enforcement (ICE)

SWORN TO AND AFFIRMED by telephone July 25, 2025.

Honorable DANIEL P. MCLAUGHLIN
United States Magistrate Judge